THE MANHATTAN SHIRT COMPANY, PLAINTIFF *v.* UNITED STATES; WILLIAM VON RAAB, COMMISSIONER OF CUSTOMS; DENNIS T. SNYDER, REGIONAL COMMISSIONER OF CUSTOMS (REGION II); ANTHONY M. LIBERTA, AREA DIRECTOR OF CUSTOMS, J.F.K. AIRPORT, JAMAICA, NEW YORK, DEFENDANTS

Court No. 81–12–01609

(Decided December 30, 1981)

*Rode & Qualey,* attorneys for plaintiff, by *Michael S. O'Rourke* and *Patrick D. Gill,* for the plaintiff.

*J. Paul McGrath,* Assistant Attorney General; *Joseph I. Liebman,* Attorney in Charge, International Trade Field Office, Commercial Litigation Branch, by *Jerry P. Wiskin,* for the defendants.

FORD, *Judge:* Upon the record and exhibit evidence presented at a hearing on plaintiff's motion for a preliminary injunction in the above-captioned case which was reported as Slip Op. 81–115 and;

Upon the record and exhibit evidence presented at the trial on the merits of this case on December 29, 1981; and

Upon the basis of the annexed findings of fact and conclusions of law; and

Upon all other papers and proceedings had herein, it is hereby

ORDERED, ADJUDGED, AND DECREED that defendants, William von Raab, Commissioner of Customs, Dennis T. Snyder, Regional Commissioner of Customs (Region II), Anthony M. Liberta, Area Director of Customs, J.F.K. Airport, their delegates and any officers or agents subordinate to them are directed to release and allow entry of the merchandise which is the subject of warehouse entry 4701–82–354288–4 covered by protest number 1001–1–013244 and it is further

ORDERED, ADJUDGED, AND DECREED that defendants, William von Raab, Commissioner of Customs, Dennis T. Snyder, Regional Commissioner of Customs (Region II), Anthony M. Liberta, Area Director of Customs, J.F.K. Airport, their delegates and any officers or agents subordinate to them shall not deny entry or withdrawal from warehouse for consumption of John Henry men's fitted dress shirts of man-made fibers, visaed under category 640–D, produced or manufactured in the Republic of Korea by reason of the presence of square shirttails or the fact that the shirts have square bottoms.

FINDINGS OF FACT AND CONCLUSIONS OF LAW TO ACCOMPANY
DECISION AND JUDGMENT

Pursuant to an order of the Court dated December 28, 1981, plaintiff herewith submits the following proposed findings of fact and conclusions of law along with a proposed judgment annexed hereto, which the court hereby modifies and adopts.

FINDINGS OF FACT

1. Plaintiff is the importer of record of John Henry men's fitted dress shirts of man-made fibers, manufactured in the Republic of Korea, which were excluded from entry at J.F.K. Airport and which are the subject of this action.

2. Similar John Henry men's fitted dress shirts of man-made fibers, which are being manufactured in the Republic of Korea which plaintiff is importing and will continue to import, are also the subject of this action.

3. Pursuant to section 514 of the Tariff Act of 1930, as amended by the Trade Agreements Act of 1979, plaintiff filed a protest (as delineated on the summons filed with the complaint in this action) which was denied, in whole, pursuant to section 515 of the Tariff Act of 1930, *supra.*

4. John Henry men's fitted dress shirts have collar sizes stated in specific inches (i.e., 15½) and sleeve lengths in combination (i.e., 32/33) and those sizes appear on a label which is sewn into the center portion of the collar band of each shirt.

5. In addition to collar and sleeve sizes, John Henry men's fitted dress shirts are designed and sized so that each neck size has a corresponding waist measurement.

6. John Henry men's fitted dress shirts have full collar bands which extend to the edges of the front openings of the shirts.

7. John Henry men's fitted dress shirts have fused collars, a characteristic common with fitted dress shirts.

8. John Henry men's fitted dress shirts have square shirttails, characterized by Customs as square bottoms, which are downward extensions of the back and front panels of the shirt, which, in use, are "tucked" into the trousers.

9. John Henry men's fitted dress shirts meet all of the criteria set forth in C.I.E. 36/79, for classification as dress shirts, and, specifically, those set forth on page 30 thereof.

10. In addition to the design characteristics indicated above, John Henry men's fitted dress shirts have the following characteristics:

A. Higher armholes than conventionally cut shirts,

B. Slimmer sleeves than conventionally cut shirts,
C. Tapered body,
D. Lightweight shirtings, self-colored in solid, stripe or check,
E. One breast pocket,
F. A facing less than two inches in width,
G. A placket.

11. The merchandise in question is manufactured by Wonmi Apparel and Textile Ltd., C.P.O. Box 2102, Seoul, Korea, and the contract between plaintiff and the manufacturer describes the merchandise to be manufactured as follows:

*Men's Dress Shirts*, *L/S* 2-top fused collar, top center, 1-chest pocket, 2-button adjustable round cuff, straight bottom, double stitching on collar/cuff/top center/sleeve in-seam/side seam, single needle stitching on armhole;

12. Plaintiff's office in Hong Kong, Manhattan Industries (Far East) Ltd., communicated directly to Wonmi Apparel and Textile Ltd. instructions for the manufacture of the merchandise now before the Court and will have a similar function for future entries.

13. Manhattan Industries (Far East) Ltd.'s cutting tickets or purchase orders indicate clearly that the merchandise to be manufactured is "John Henry dress shirt[s]".

14. The numeral "6" appearing in the lot number in each of the cutting tickets is reserved for dress shirts and, in addition, the cutting ticket describes the merchandise as "John Henry European fit" and all collars are "with stay," a dress shirt feature.

15. Plaintiff advertises the merchandise in the United States as a "dress" shirt.

16. John Henry men's fitted dress shirts are marketed and sold in the United States as dress shirts, specifically, fitted dress shirts, and currently fitted dress shirts account for more that 25% of the total department store sales of dress shirts.

17. Department stores in the United States feature John Henry men's fitted dress shirts, and other fitted dress shirts, in separate departments within the stores.

18. Plaintiff, through its John Henry Division, introduced the fitted dress shirt to the U.S. market and has been an innovator in this market since approximately 1973.

19. There is a substantial segment of the retail and consumer market which demands fitted dress shirts such as the John Henry men's fitted dress shirts.

20. The square shirttails on the John Henry men's fitted dress shirts are a design feature of fitted dress shirts.

21. John Henry men's fitted dress shirts are indistinguishable in appearance from conventionally cut dress shirts with rounded shirttails which are conceded by the Government to be dress shirts.

22. John Henry men's fitted dress shirts are bought, sold, advertised and marketed in the same way as conventional dress shirts; namely, as dress shirts.

23. On October 23, 1981, plaintiff attempted to make entry of the merchandise which is the subject of the protest in this action and which was imported into the United States on October 18 and October 21, 1981.

24. On October 28, plaintiff's attempted entry for consumption was rejected by the Area Director, J.F.K. Airport, Jamaica, New York.

25. Defendants aver that the entry was not rejected because the Customs Service was of the opinion that the John Henry men's fitted dress shirts were other than dress shirts.

26. Defendants aver that the entry was rejected because it had what defendants contend is an "incorrect visa" notwithstanding the fact that the visa was a dress shirt visa (category 640–D).

27. Defendants contend that any dress shirt with a square shirttail, which defendants characterize as square bottom, should be visaed under category 640–O, the visa for other than dress shirts.

28. Defendants contend that even a fitted dress shirt designed for formal wear, a tuxedo shirt, having a square shirttail, should be described as a sport shirt and visaed under category 640–O.

29. On September 29, 1981, the Committee for the Implementation of Textile Agreements ("CITA") caused to be published in the Federal Register (46 FR 47649–50), an "adjustment" of the 1981 import restraint levels for Textile Category 640.

30. As a result of the notice published on September 29, 1981, imports of merchandise in Textile Category 640–O (other than dress shirts) from Korea were embargoed because that category became filled.

31. At the time plaintiff attempted to enter the merchandise, the quota for dress shirts, Category 640–D (dress shirts), was unfilled.

32. The visa accompanying the entry papers submitted by plaintiff included the notation "640–D" not "640–O".

33. On October 8, 1981, CITA caused to be published in the Federal Register (46 FR 49939–40) a notice:

ACTION: Advising that in order to meet the "correct category" requirement, visas for man-made fiber woven shirts in category 640, produced and manufactured in the Republic of Korea, must be visaed as follows on and after October 13, 1981 (*part only*).
1. *Category 640–D (only T.S.U.S.A. numbers 380.0455, 380.8431 and 380.8433).*

2. *Category 640–O (all T.S.U.S.A. numbers except 380.0455, 380.8431 and 380.8433).*

\* \* \* \* \* \* \*

34. The only basis for Customs' action with respect to the classification of the merchandise is the presence on John Henry men's fitted dress shirts of square shirttails which defendants contend are not shirttails and Customs requires rounded shirttails for dress shirt categorization.

35. John Henry men's fitted dress shirts have high armholes for better fit and the square shirttails are designed to prevent the shirt from coming up out of the trousers of the wearer when he makes upward motions with his arms.

36. Items 380.0455, 380.8431 and 380.8433, TSUSA, the statistical classifications for dress shirts, do not contain a requirement that classification of dress shirts is to be determined by the presence or absence of round shirttails.

37. In arriving at its classification determination, defendants relied entirely on their *interpretation* of a description contained in C.I.E. 36/79 that square shirttails are square bottoms, rather than shirttails.

38. C.I.E. 36/79 is neither a statute nor a regulation and does not have the effect of same.

39. C.I.E. 36/79 and the disputed Customs' interpretation thereof are not part of the Bilateral Agreement on Trade in Textiles and Textile Products with the Republic of Korea, 29 U.S.T. 3835 *et seq.*

40. C.I.E. 36/79 contains on requirement that shirttails be rounded, rather than square.

41. C.I.E. 36/79 was published in part, to enhance the "accuracy of the statistical data collected" by Customs.

42. The continued misclassification of John Henry men's fitted dress shirts in item 380.8443 (Category 640–O) rather than item 380.8433 (Category 640–D) will result in the collection of *inaccurate* statistical data.

43. C.I.E. 36/79 by its own terms is advisory and should not be "considered an immutable document," and, as such, defendants must take cognizance of the change in men's shirt design as exemplified by the John Henry men's fitted dress shirts.

44. Plaintiff's John Henry Division of Manhattan Industries, Inc., is one of the largest suppliers in the United States of better, men's fitted dress shirts and its position in the market place will be seriously affected if it is unable to meet its sales commitments to its customers.

45. The John Henry men's fitted dress shirts affected by the embargo (an embargo which will cease on January 1, 1982) were ordered by various retail locations and additional orders will be shipped from Korea to the United States throughout 1982 and thereafter.

46. Plaintiff will suffer substantial money damage if it fails to deliver the shirts.

47. If the Customs Service continues to misclassify John Henry men's fitted dress shirts under Category 640–O in 1982, plaintiff will sustain injury due to lost sales in the amount of $870,000 per month or $29,000 per day.

48. In addition to the specific lost sales caused by the embargo, plaintiff is likely to lose additional sales of other dress shirts both fitted and conventional cut arising from its inability to meet its commitments to the individual retail locations who have ordered the John Henry men's fitted dress shirts.

49. For the past nine years plaintiff has manufactured and advertised the John Henry men's fitted dress shirts as a shirt with a particular fit and, as a result, plaintiff's customers have come to expect certain styling characteristics including square shirttails.

50. The dollar volume of sales of John Henry men's fitted dress shirts has risen substantially from 1978 through projected sales for 1982.

51. Other manufacturers of men's fitted dress shirts, both domestic and foreign, produce their shirts with square shirttails; therefore, if plaintiff were to change its design, specifically change the cut or shape of the square shirttail, it would run the risk of losing its customers to other manufacturers.

52. Because of the embargo placed on the merchandise in question, plaintiff is unable to obtain replacement goods from any other source, either domestic or foreign.

53. Currently, Korea accounts for approximately 23% of all imports of John Henry men's fitted dress shirts and that production from other sources such as Taiwan or Hong Kong are at maximum levels, therefore, a shift to these resources would be extremely difficult, if not impossible.

54. If a shift of a supply from Korea to Taiwan or Hong Kong were possible, it would result in substantial additional costs to the American consumer because of the increased costs to plaintiff which would occur as a result of manufacturing in Hong Kong or Taiwan.

55. Plaintiff has expended a substantial amount of time and capital developing Wonmi Apparel and Textile Ltd. as a source in Korea, and that the loss of this facility as a source of supply will have a substantial impact on plaintiff's ability to have available similar men's fitted dress shirts for sale in the U.S. market in 1982.

56. On or after October 13, 1981, and for the foreseeable future, importations of category 640 merchandise from Korea will require a visa which agrees with Customs' classification of the merchandise imported (i.e., 640–D merchandise classifiable under item 308.8433).

57. Plaintiff's source of production in Korea does not hold "640–O" quota for the export of John Henry men's fitted dress shirts, therefore, plaintiff will be unable to obtain "640–O" visas for its "640–D" merchandise currently embargoed or "640–D" merchandise shipped in the future.

58. The requirement to designate category 640 merchandise with a "D" or "O" coupled with Customs' misclassification of plaintiff's merchandise will preclude plaintiff from entering the John Henry men's fitted dress shirts now embargoed and this situation will continue for the foreseeable future.

59. The John Henry men's fitted dress shirt division of plaintiff is the principal profit maker of plaintiff and at times has been the only profitable division of plaintiff.

60. Any interruption in deliveries as a result of a Customs' refusal to release John Henry men's fitted dress shirts would have a devastating impact on plaintiff and would cause irreparable injury to plaintiff.

61. Among other things, a detention of John Henry men's fitted dress shirts by Customs would likely lead to cancellations, now and for the future, of orders by plaintiff's principal buyers.

62. Plaintiff's credibility in the market place as a reliable source for fitted dress shirts will be lost and its reputation ruined.

63. John Henry men's fitted dress shirts are seasonal articles of apparel which must be imported and delivered on a timely basis in accordance with fixed delivery schedules.

64. If plaintiff's delivery schedules for the coming seasons of 1982 are disrupted as a result of a Customs' refusal to release the shirts accompanied by visas under category 640–D, plaintiff may be forced to go out of business.

65. Plaintiff's anticipated shipments from Korea for 1982 are essential to its continued growth and profitability.

66. On December 18, 1981, CITA caused to be published in the *Federal Register* (46 *Fed. Reg.* 61692–93) a notice announcing new control levels for category 640–D and category 640–O for 1982, and as a result, there will be no embargo on either category as of January 1, 1982, and for the foreseeable future.

67. Defendants will still preclude entry of John Henry men's fitted dress shirts imported from Korea, not because the merchandise is embargoed but only because the merchandise is accompanied by visas under category 640–D rather than category 640–O.

68. The impact of permitting or denying entry to plaintiff's John Henry men's fitted dress shirts will be felt by plaintiff alone and will have no impact on defendants by reason of the fact that there will

be no embargo on either category 640–D or 640–O from Korea as of January 1, 1982.

69. The release of plaintiff's John Henry men's fitted dress shirts imported from Korea and accompanied by visas under category 640–D will have no impact or result in no harm to defendants even if an appeal is taken by defendants.

## CONCLUSIONS OF LAW

1. The Court has jurisdiction and the power to grant the relief sought by plaintiff pursuant to 28 U.S.C. 1581(a), 28 U.S.C. 1581(h), 28 U.S.C. 1581(i)(3)(4), and 28 U.S.C. 1585.

2. Plaintiff has standing to bring this action pursuant to 28 U.S.C. 2631(a), 28 U.S.C. 2631(h), and 28 U.S.C. 2631(i).

3. John Henry men's fitted dress shirts are within the common meaning of the term, dress shirts.

4. Defendants have not introduced a scintilla of evidence that John Henry men's fitted dress shirts are commercially or commonly understood to be other than dress shirts and concede in answer to paragraphs 22 and 23 of the complaint that they are dress shirts.

5. The decision to exclude John Henry men's fitted dress shirts from entry when imported from Korea and accompanied by a visa under category 640–D is devoid of any rational basis in fact or law.

6. The continued exclusion of John Henry men's fitted dress shirts from Korea when accompanied by visas under category 640–D will result in harm to plaintiff.

7. John Henry men's fitted dress shirts are properly classifiable as "other men's or boys' wearing apparel, not ornamented: of man-made fibers: Not knit: Other: Shirt: Dress: Other," in item 380.8433, Tariff Schedules of the United States Annotated, as amended by the Trade Agreements Act of 1979 (1981).[1]

8. Dress shirts imported from Korea classifiable under item 380.8433, TSUSA, must be accompanied by a visa under category 640–D as is manifest from Finding of Fact 33.

9. John Henry men's fitted dress shirts imported from Korea are entitled to entry when accompanied by a visa under category 640–D.

10. Customs improperly excluded from entry for consumption the merchandise which is the subject of entry number 4701–82–354288–4 and said merchandise should be released immediately.

11. Defendants may not deny entry or withdraw from warehouse for consumption of John Henry men's fitted dress shirts of man-made fibers, visaed under category 640–D, produced or manufactured in the Republic of Korea, by reason of the presence of square shirttails.

---

[1] This provision will become item 397.9540, TSUSA, in 1982.

# ABSTRACTS OF COURT OF INTERNATIONAL TRADE DECISIONS

## Protests

The following abstracts of decisions of the U.S. Court of International Trade at New York are published for the information and guidance of officers of the customs and others concerned.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED — Par. or Item No. and Rate | HELD — Par. or Item No. and Rate | BASIS | ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/107 | Rao, J. July 7, 1981 | F. W. Myers (Atlantic) & Co., Inc. | 79-11-01748 | Item 683.50 6.5% (razor) Item 682.60 7.5% (charger) Merchandise appraised as two separate articles | Item 683.50 6.5% Merchandise dutiable as an entirety on basis of constructed value; proper appraised value is $18.90 each, packed, less ocean freight and insurance | F. W. Myers (Atlantic) & Co., Inc. v. U.S., Court No. 79-11-01749 (Order dated 6-18-80, not published) | New York Rechargeable speed razors, HP 1312; electric shavers; entireties |
| P81/108 | Rao, J. July 7, 1981 | F. W. Myers (Atlantic) & Co., Inc. | 80-6-00990, etc. | Item 683.50 6.5% (razor) Item 682.60 7.5% (charger) Merchandise appraised as two separate articles | Item 683.50 6.5% Merchandise dutiable as an entirety on basis of constructed value; proper appraised value is $18.90 each, packed, less ocean freight and insurance | F. W. Myers (Atlantic) & Co., Inc. v. U.S., Court No. 79-11-01749 (Order dated 6-18-80, not published) | New York Rechargeable speed razors, HP 1312; electric shavers; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/109 | Maletz, J. July 10, 1981 | International Seaway Trading Corp. | 66/33407, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | New York Footwear |
| P81/110 | Maletz, J. July 10, 1981 | International Seaway Trading Corp. | 67/87491, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9%, or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | New York Footwear |
| P81/111 | Maletz, J. July 10, 1981 | Marshall Field & Co. | 76-3-00652 | Item 737.30 22% | Item 725.50 8% | Amico, Inc. v. U.S. (C.A.D. 1214) | Chicago Music boxes |
| P81/112 | Newman, J. July 10, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00175 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc, c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/113 | Landis, J. July 13, 1981 | Banff International, Ltd. | 80-11-00078 | Item 382.81 25¢ per lb. +27.5% | Item 382.42 7.5% | Agreed statement of facts | New York Ladies skirts and pants |
| P81/114 | Landis, J. July 13, 1981 | Corning Glass Works et al. | 80-1-00113, etc. | Item 710.90 25% | Item 712.49 10% | Agreed statement of facts | New York Time domain reflectometers. |
| P81/115 | Newman, J. July 13, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00177 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |

| No. | Judge / Date | Plaintiff | Court No. | | | Judgment on the pleadings | Description |
|---|---|---|---|---|---|---|---|
| P81/116 | Landis, J. July 14, 1981 | Uniroyal, Inc. | 80-6-00946 | Item 680.12 5.5% | Item 680.11 Free of duty | | Bridgeport Footwear molds for use with Desma 714 machine |
| P81/117 | Newman, J. July 14, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00184 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/118 | Newman, J. July 14, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-5-00918, etc. | Item 657.20, 657.25 or 657.40 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/119 | Ford, J. July 17, 1981 | RMS Electronics, Inc. | 77-11-04777-S | Item 682.05 12.5% | Item 682.07 6% | RMS Electronics, Inc. v. U.S. (C.D. 4818, aff'd C.A.D. 1249) | New York Baluns, impedence matching couplers, matching transformers, model No. CA-2500 |
| P81/120 | Richardson, J. July 17, 1981 | Sortex Co. of North America, Inc. | 75-5-01248, etc. | Item 712.49 12%, 11.5%, 11%, 10.5% or 10% | Item 666.25 11.5%, 10%, 9%, 8%, 6.5% or 5.5% | Sortex Company of North America, Inc. v. U.S. (C.D. 4746, aff'd C.A.D. 1221) | Boston; Detroit Electronic color sorting machines and parts |
| P81/121 | Richardson, J. July 17, 1981 | Sortex Co. of North America, Inc. | 75-9-02436 | Item 712.49 12%, 11.5%, 11%, 10.5% or 10% | Item 666.25 11.5%, 10%, 9%, 8%, 6.5% or 5.5% | Sortex Company of North America, Inc. v. U.S. (C.D. 4746, aff'd C.A.D. 1221) | Boston; Detroit Electronic color sorting machines and parts thereof |
| P81/122 | Richardson, J. July 17, 1981 | Sortex Co. of North America, Inc. | 77-12-04796, etc. | Item 712.49 10% | Item 666.25 5.5% | Sortex Company of North America, Inc. v. U.S. (C.D. 4746, aff'd C.A.D. 1221) | Boston Electronic color sorting machines and parts thereof |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/123 | Newman, J. July 17, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00188 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached metal fittings |
| P81/124 | Richardson, J. July 20, 1981 | Mattel, Inc. | 75-5-01347 | Item 737.90 or 737.15 17.5% Item 774.60 8.5% Without allowance under item 807.00 | Items 807.00 and 737.90 or 737.15 17.5% Item 807.00/774.60 8.5% With cost or value of U.S. fabricated components deducted from full appraised value of imported articles into which they were assembled | Mattel, Inc. v. U.S. (C.A.D. 1248) | Los Angeles American goods returned; U.S. fabricated components invoiced as rubber bands, etc., assembled abroad into articles |
| P81/125 | Richardson, J. July 20, 1981 | F. W. Myers & Co., Inc. | 72-8-01761-S1 | Item 608.05 0.3¢ per lb. | Item 608.02 12¢ per ton for merchandise entered in 1971; duty-free for subsequently entered merchandise | F. W. Myers & Co., Inc. v. U.S. (C.D. 4635) | Detroit Sponge iron powders |

| No. | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P81/126 | Richardson, J. July 27, 1981 | Dae Woo Int'l. America Corp. | 80-3-00527 | Item 737.25 28% | Item 737.30 9% | | New York Stuffed toy hugging animals; value as a unit exceeds 10¢ per inch of height |
| P81/127 | Richardson, J. July 27, 1981 | ITT Semiconductors | 78-7-01246, etc. | Item 687.60 6% without allowance under item 807.00 | Items 687.60/ 807.00 6% with allowance for cost or value of silicon dice or chips | Texas Instruments, Incorporated v. U.S. (Abs. P75/653, aff'd C.A.D. 1178) I.T.T. Semiconductors v. U.S. (Abs. P78/11 | West Palm Beach (Miami) American goods returned; integrated circuits and transistors with U.S. components incorporated abroad |
| P81/128 | Richardson, J. July 27, 1981 | Ozen Sound Devices | 78-11-01922 | Item 737.90 or 737.95 17.5% | Item 724.25 5% | Judgment on the pleadings | New York Plastic miniature records |
| P81/129 | Richardson, J. July 27, 1981 | Premier Gear & Machine Works | 81-1-00051 | Item 680.59 16.3% + $1.04 each | Item 682.60 6.9% District director ordered to reliquidate accordingly and to refund excess duties plus interest from date of filing of summons (1-19-81) until the date of refund in accordance with 28 U.S.C. § 2644 | Judgment on the pleadings | Portland, Oreg. "A.C. Variable Speed Drive" |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/130 | Richardson, J. July 27, 1981 | Uniroyal, Inc. | 78-10-01768 | Item 700.60 20% | Item 700.35 8.5% | Agreed statement of facts | New York Various styles of leather footwear |
| P81/131 | Richardson, J. July 27, 1981 | Zayre Corp. | 80-5-00717 | Item 676.20 5% | Item A676.20 Duty free pursuant to GSP | Agreed statement of facts | Atlanta Calculating machines; products of an eligible beneficiary country |
| P81/132 | Newman, J. July 27, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00010 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/133 | Newman, J. July 27, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00176 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/134 | Newman, J. July 27, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00179 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |

| | | | | | | |
|---|---|---|---|---|---|---|
| P81/135 | Newman, J. July 27, 1981 | Stone and Downer | 78-10-01532 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/136 | Newman, J. July 27, 1981 | Stone and Downer | 79-10-01535 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/137 | Newman, J. July 27, 1981 | Uniroyal, Inc. | 80-3-00558, etc. | Item 657.25 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/138 | Newman, J. July 28, 1981 | Stone and Downer | 79-10-01534 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/139 | Maletz, J. August 4, 1981 | International Seaway Trading Corp. | 67/4780d, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Seattle Footwear |
| P81/140 | Richardson, J. August 10, 1981 | Dessau Brass, Inc. | 79-10-01500 | Item 654.00 or 653.35 5% Item 653.37 9.5% Item 657.35 7.5% + 0.6¢ per lb. | Items A654.00, A653.35, A653.37 and A657.35 Free of duty pursuant to G.S.P. | Agreed statement of facts | New York Articles of brass; products of eligible beneficiary country |
| P81/141 | Watson, J. August 10, 1981 | WFS Div. Amer. Rec. Grp., Ltd. | 79-1-00036-S | Item 389.60 25¢ per lb. + 15% | Item 735.20 10% | Newman Importing Co., Inc. v. U.S. (C.D. 4648) | Chicago Nylon backpacking tents |
| P81/142 | Newman, J. August 12, 1981 | M. Rubin & Sons Inc. | 79-6-00983 | Item 380.00 35% | Item 380.39 16.5% | Agreed statement of facts | New York Men's or boys' wearing apparel of cotton, not ornamented, not knit |
| P81/143 | Re, C.J. August 14, 1981 | Sanyo Electric Inc. | 76-9-02116, etc. | Item 683.70 35% | Item 688.40 5.5% | Sanyo Electric Inc. v. U.S. (C.D. 4855, aff'd C.A.D. 1258) | New York Power failure lights |
| P81/144 | Re, C.J. August 14, 1981 | Sanyo Electric Inc. | 76-9-02184, etc. | Item 683.70 35% | Item 688.40 5.5% | Sanyo Electric Inc. v. U.S. (C.D. 4855, aff'd C.A.D. 1258) | Los Angeles Power failure lights |

| | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P81/145 | Newman, J. August 14, 1981 | **Carlyle Footwear** | 80-11-00047 | Item 700.60 20% | Item 700.35 8.5% | | Los Angeles<br>Men's, youths' or boys' footwear of leather, not having uppers of fibers |
| P81/146 | Richardson, J. August 20, 1981 | **ITT Semiconductors Corp.** | 77-10-04058 | Item 687.60 6% without allowance under item 807.00 | Items 687.60/807.00 6% and subject to allowance for cost or value of silicon dice or chips | Texas Instruments Incorporated v. U.S. (Abs. P75/653, aff'd C.A.D. 1178) ITT Semiconductors v. U.S. (Abs. P78/11) | Miami<br>American goods returned; integrated circuits and transistors containing U.S. fabricated components (silicon chips or dice) |
| P81/147 | Maletz, J. August 20, 1981 | International Seaway Trading Corp. | 67/34267, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Philadelphia Footwear |
| P81/148 | Maletz, J. August 20, 1981 | International Seaway Trading Corp. | 67/59707, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Los Angeles Footwear |
| P81/149 | Maletz, J. August 20, 1981 | International Seaway Trading Corp. | 68/39662, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | New Orleans Footwear |
| P81/150 | Maletz, J. August 20, 1981 | International Seaway Trading Corp. | 69/22664, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Norfolk Footwear |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/151 | Ford, J. September 3, 1981 | RMS Electronic Inc. | 78-6-00975, etc. | Item 682.05 12.5% (items marked "A" and "B") | Item 682.07 6% (items marked "A") Item 685.20 5% (items marked "B", model CA-2600F) | RMS Electronics, Inc. v. U.S. (C.D. 4818, aff'd C.A.D. 1249) (items marked "A" and "B") | New York. Baluns, impedance matching couplers, matching transformers, model Nos. CA-2600, MA-730, ATR-375, CA-2500, CA-2100, etc. (items marked "A" and "B") |
| P81/152 | Newman, J. September 3, 1981 | A. N. Deringer, Inc., a/c Uniroyal, Inc. | 78-1-00185 | Item 657.20 9.5% | Item 772.65 4% | Uniroyal, Inc., c/o A. N. Deringer, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P81/153 | Boe, J. September 8, 1981 | Mostek Corporation | 78-8-01417 | Item 720.75 22.5% | Item 687.60 6% | U.S. v. Texas Instruments Incorporated (C.A.D. 1244) | Dallas MOS integrated circuits |
| P81/154 | Newman, J. September 9, 1981 | Border Brokerage Co., Inc. | 75-8-01971 | Item 674.53 7% | Item 660.85 4.5% | Agreed statement of facts | Seattle Air and hydraulic cylinders |
| P81/155 | Newman, J. September 9, 1981 | Kombi Ltd. | 77-12-04986 | Item 704.90 27.5% +25¢ per lb. | Item 735.05 Free of duty pursuant to GSP by virtue of Ex. Order 11888 of 11-24-75 | Agreed statement of facts | New York Snowmobile gloves; product of eligible beneficiary country |

| | | | | | | |
|---|---|---|---|---|---|---|
| P81/156 | Watson, J. September 21, 1981 | F. W. Myers & Co., Inc. | 78-7-01265 | Item 409.00 3.5¢ per lb. +22.5% | Item 432.00 5% | F. W. Myers & Co., Inc. v. U.S. (C.D. 4876) | Port Huron Herbicide known as "Sencor 50% Wettable Powder" |
| P81/157 | Maletz, J. September 21, 1981 | Border Brokerage Co., Inc. | 78-4-00558, etc. | Item 680.22 11% | Item 680.27 5% | Agreed statement of facts | Blaine (Seattle) Valves or devices used to control the flow of liquids |
| P81/158 | Maletz, J. September 22, 1981 | International Seaway Trading Corp. | 67/79077, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9%, or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Baltimore Footwear which have midsoles which contain iron powder fillers |
| P81/159 | Newman, J. September 22, 1981 | Stoner and Downer | 80-1-00139 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, supra | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/160 | Newman, J. September 22, 1981 | Wetherel Brothers Inc. | 80-1-00138 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, supra | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/161 | Re, C.J. October 13, 1981 | Intertec, Inc. | 76-4-01014 | Item 638.70 35% | Item 688.40 5.5% | Sanyo Electric Inc. v. U.S. (C.D. 4855, aff'd C.A.D. 1258) | San Francisco Power failure lights |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/162 | Rao, J. October 13, 1981 | C.J. Tower & Sons of Buffalo, Inc. | 77-2-00187 | Item 682.60 7.5% | Items 807.00/682.60 7.5% on appraised value of imported merchandise less value of products of U.S.; dutiable values are $10, 480 (entry No. 315133), $9, 579 (entry No. 203850), and $39,171 (entry No. 254371) | Agreed statement of facts | Buffalo American goods returned; articles ("stators") assembled abroad in part of fabricated stator frames which are products of U.S. |
| P81/163 | Rao, J October 14, 1981 | C. J. Tower & Sons of Buffalo, Inc. | 78-8-01473 | Item 682.60 7.5% | Items 807.00/ 682.60 7.5% on appraised value of imported merchandise less value of products of U.S.; dutiable values are $41,023 (entry No. 201842) and $14,923 (entry No. 249945) | Agreed statement of facts | Buffalo American good returned; articles ("stators") assembled abroad in part of fabricated stator frames which are products of U.S. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P81/164 | Newman, J. October 14, 1981 | Stone and Downer | 79–10–01531 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/165 | Newman, J. October 14, 1981 | Stone and Downer | 79–10–01533 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/166 | Newman, J. October 14, 1981 | Stone and Downer | 79–10–01536 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; *not annealed, drilled, punched, nor otherwise advanced* |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/167 | Newman, J. October 14, 1981 | Stone and Downer | 80-1-00137 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb. plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/168 | Newman, J. October 14, 1981 | Stone and Downer | 80-1-00140 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P81/169 | Newman, J. October 14, 1981 | Wetherell Brothers, Inc. | 79-10-01537 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P8J/170 | Newman, J., October 14, 1981 | Wetherell Brothers, Inc. | 80-2-00376 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P8J/171 | Newman, J., October 14, 1981 | Wetherell Brothers, Inc. | 80-2-00378 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |
| P8J/172 | Newman, J., October 15, 1981 | Stone and Downer | 79-10-01530 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston Hot rolled, sectional steel shapes, alloyed; not annealed, drilled, punched, nor otherwise advanced |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/173 | Newman, J. October 15, 1981 | Wetherell Brothers, Inc. | 80-6-00962 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston. Hot rolled, sectional steel shapes, alloyed, not annealed, drilled, punched, or otherwise advanced |
| P81/174 | Newman, J. October 15, 1981 | Wetherell Brothers, Inc. | 80-12-00120 | Item 608.52 10.5%, plus additional duties under items 607.01 and 607.02 on chromium and molybdenum content | Item 609.82 2% + 0.1¢ per lb., plus additional duties, *supra* | Overton & Co. v. U.S. (C.D. 4875) | Boston. Hot rolled, sectional steel shapes, alloyed, not annealed, drilled, punched, or otherwise advanced |
| P81/175 | Rao, J. October 22, 1981 | Kombi, Ltd. | 81-1-00062 | Item 704.85 32.5% + 25¢ per lb. | Item 734.99 9% | Agreed statement of facts | Seattle. Ski glove liners |
| P81/176 | Richardson, J. October 22, 1981 | Sortex Co. of North America, Inc. | 79-4-00713 | Item 712.49 10% | Item 666.25 5.5% | Sortex Company of North America, Inc. v. U.S. (C.D. 4746, aff'd C.A.D. 1221) | Detroit. Electronic color sorting machines and parts |
| P81/177 | Maletz, J. October 22, 1981 | International Seaway Trading Corp. | 69/12449, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9%, or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4778) | San Francisco. Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P81/178 | Maletz, J. October 22, 1981 | Jimlar Corporation | 68/58936, etc. | Item 700.60 20% | Item 700.70 13% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | New York Footwear |
| P81/179 | Rao, J. October 30, 1981 | Geoffrey Beene, Inc. | 79-11-01727 | Item 546.54 30% | Item 546.11 5% | Agreed statement of facts | New York Perfume bottles produced by automatic machines |
| P81/180 | Rao, J. October 30, 1981 | Pussy Cat Toy Co., Inc. | 80-1-00068 | Item 737.25 28% | Item 737.30 9% | Agreed statement of facts | New York Stuffed toy hugging mother and baby bears |
| 81/181 | Richardson, J. October 30, 1981 | Sortex Co. of North America, Inc. | 79-6-01015, etc. | Item 712.49 10% | Item 666.25 5.5% | Sortex Co. of North America, Inc. v. U.S. (C.D. 4746), aff'd C.A.D. 1221) | Detroit Electronic color sorting machines and parts thereof |
| P81/182 | Maletz, J. November 2, 1981 | International Seaway Trading Corp. | 67/51060, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | Savannah Footwear |
| P81/183 | Re, C.J. November 6, 1981 | Kombi Ltd. | 77-1-00081, etc. | Item 704.85 32.5%+25¢ per lb. | Item 734.97 or 734.99 9% | Agreed statement of facts | New York Ski glove liners |
| P81/184 | Maletz, J. November 6, 1981 | A & S Trading Co. | 79-5-00900 | Item 737.30 18% | Item 685.22 12.5% | U.S. v. New York Merchandise Co., Inc. (C.A.D. 1004) | New York Poodle radios |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/185 | Watson, J. November 19, 1981 | International Harvester Co. | 79-8-01244 | Item 664.05 5% | Items 664.05/807.00 5%, with duty-free allowance to American-made components; ordered entries be re-liquidated at appraised values less value of certain American-made components as shown on entry papers | Judgment on the pleadings | San Francisco Payloaders (models 510 and 515) consisting in part of American-made components |
| P81/186 | Boe, J. November 24, 1981 | Corporacion Sublistatica, S.A. | 78-2-00249, etc. | Item 406.50 20% | Item 405.10 1.7¢ per lb. + 11% | Corporacion Sublistatica, S.A. v. U.S. (Slip Op. 81-6) | San Juan Dyes for transfer, ink powders, etc. |
| P81/187 | Newman, J. December 8, 1981 | Arriflex Corp., d/o Berkey Photo Corp. | 75-8-02081, etc. | Item 772.80 15%, 13%, 11% or 9.5% (items marked "A") | Item 722.32 12%, 10%, 9% or 7.5% (items marked "A") | Agreed statement of facts | New York Arriflex film magazines (magazine is a necessary part of Arriflex motion picture camera) |

| Abstract No. | Judge, date | Plaintiff | Entry No. | Claimed classification and rate | Assessed classification and rate | Basis | Merchandise and port |
|---|---|---|---|---|---|---|---|
| | | | | Item 722.04 9.5%, 8%, 7% or 6% (items marked "B") | Not stated (items marked "B") | Agreed statement of facts | Arriflex motion picture camera and magazine; entirely consisting of on film magazine with each camera included in same entry (items marked "B") |
| P81/188 | Ford, J. Dec. 16, 1981 | Aerospatiale Helicopter Corporation | 80-10-0156 | Item 806.20 Duty only upon cost or value of alterations or repairs; amounts shown on invoices as cost or value of alterations or repairs are correct | Duty assessed on full value of merchandise at rates of duty not disputed | Agreed statement of facts | Houston. American goods returned; aircraft components and parts; merchandise exported for repairs or alterations and reimported after having been previously imported and duty-paid |
| P81/189 | Ford, J. Dec. 16, 1981 | Ehrenreich Photo-Optica Ind., Inc. | 77-5-00354, etc. | Item 722.32 7.5% (items marked "A") Item 722.04 6% (items marked "B") | Item 722.80 9.5% (items marked "A") Not stated (items marked "B") | Agreed statement of facts | New York. Film magazines (magazine is a necessary part of motion picture camera) (items marked "A"); Motion picture camera and magazine; entirely consisting of one film magazine with each camera included in same entry (items marked "B") |
| P81/190 | Watson, J. Dec. 16, 1981 | American Hoechst Corp. | 78-11-02065 | Item 437.76 Free of duty | Item 799.00 9%, 8%, 7%, 6% or 5% | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc. v. U.S. (C.D. 4830) | New York. Various diagnostic sera |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Par. or Item No. and Rate | HELD Par. or Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P81/191 | Watson, J. Dec. 17, 1981 | American Hoechst Corp. | 79-2-00358 | Item 799.00 5% | Item 437.76 Free of duty | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc. v. U.S. (C.D. 4830) | New York Various diagnostic sera |
| P81/192 | Watson, J. Dec. 17, 1981 | Behring Diagnostics Inc. et al. | 71-4-00017, etc. | Item 799.00 9%, 8%, 7%, 6%, or 5% | Item 437.76 Free of duty | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc. v. U.S. (C.D. 4830) | New York Various diagnostic sera |
| P81/193 | Watson, J. Dec. 17, 1981 | Behring Diagnostics Div., et al. | 76-3-00762, etc. | Item 799.00 9%, 8%, 7%, 6%, or 5% | Item 437.76 Free of duty | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc., v. U.S. (C.D. 4830) | New York Various diagnostic sera |
| P81/194 | Watson, J. Dec. 17, 1981 | Certified Blood Donor Services, Inc., et al. | 68/54040, etc. | Item 799.00 9%, 8%, 7%, 6%, or 5% | Item 437.76 Free of duty | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc. v, U.S. (C.D. 4830) | New York Various diagnostic sera |
| P81/195 | Watson, J. Dec. 17, 1981 | Certified Blood Donor Services, Inc., et al. | 70/33032, etc. | Item 799.00 9%, 8%, 7%, 6%, or 5% | Item 437.76 Free of duty | Certified Blood Donor Services, Inc. v. U.S. (C.A.D. 1147) Certified Blood Donor Services, Inc. v. U.S. (C.D. 4830) | New York Various diagnostic sera |

# Abstracts of Court of International Trade Decisions

## Reappraisements

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/246 | Re, C.J. July 7, 1981 | Frederick Wholesale Corp. | 77-12-04947, etc. | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |
| R81/247 | Re, C.J. July 7, 1981 | K. Gimbel Accessories, Inc. | 74-2-00373 | Export value | Appraised value, less percentages and amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |
| R81/248 | Re, C.J. July 7, 1981 | Kanematsu Gosho (USA) Inc. | 77-2-00181 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/249 | Re, C.J. July 7, 1981 | Kanematsu Gosho (USA) Inc. | 77-7-01186 | Export value | Appraised values shown on entry papers, less additions included to reflect currency re-valuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/250 | Re, C.J. July 7, 1981 | Marubeni America Corp. | 73-2-00596, etc. | Export value | Unit values found by appraising official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |
| R81/251 | Re, C.J. July 7, 1981 | Marubeni America Corp., Inc. | 75-5-01261-S | Export value | $0.8175 per yd. less included insurance, net packed | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Fabrics |
| R81/252 | Re, C.J. July 7, 1981 | Marubeni America Corp. | 75-8-01951 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Various articles |
| R81/253 | Re, C.J. July 7, 1981 | Marubeni America Corp. | 75-10-02610, etc. | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/254 | Re, C.J. July 7, 1981 | Marubeni Iida (America) Inc. | 73-6-01465 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |
| R81/255 | Re, C.J. July 7, 1981 | Mitsubishi International Corp. | 73-7-01776 | Export value | Appraised values shown on entry papers, less additions included to reflect. currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; New York Various articles |
| R81/256 | Re, C.J. July 7, 1981 | Petrie Stores Corp. | 74-2-00516, etc. | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/257 | Re, C.J. July 7, 1981 | Petrie Stores Corp. | 76-12-02789 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/258 | Re, C.J. July 8, 1981 | C. R. Anthony Company | 73-11-03206 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Various articles |
| R81/259 | Re, C.J. July 8, 1981 | Marubeni Iida (America) Inc. Marubeni America Corp. | 73-7-01758, etc. | Export value | Unit values found by appraising official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Various articles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/260 | Re, C.J. July 8, 1981 | Petrie Stores Corp. | 78-8-01500 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/261 | Landis, J. July 8, 1981 | Kent International | 80-9-01365 | Export value | F.o.b. prices set forth in invoices of Willing Industry Co., Ltd. | Agreed statement of facts | Los Angeles Bicycles |
| R81/262 | Watson, J. July 8, 1981 | Geigy Chemical Corporation | R66/24882 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 32.6% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/263 | Watson, J. July 8, 1981 | Kent International | 77-12-04814 | Export value | F.o.b. prices set forth in invoices of Willing Industry Co., Ltd. | Agreed statement of facts. | New York; Baltimore; Norfolk Bicycles |
| R81/264 | Watson, J. July 10, 1981 | Geigy Chemical Corporation | R65/20660, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R81/265 | Boe, J. July 10, 1981 | Mitsubishi International Corporation | 72-9-01911, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Norfolk; Philadelphia; San Francisco; San Juan Footwear |

| DECISION NUMBER | JUDGE AND DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/266 | Landis, J. July 13, 1981 | Topp Electronics, Inc. | 78-10-01795 | Constructed value | Various values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Various articles |
| R81/267 | Re, C.J. July 14, 1981 | Regal Accessories, Inc. | 78-12-02321 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/268 | Landis, J. July 14, 1981 | Columbia House, a Division of CBS, Inc. | 79-3-00430 | Constructed value | Invoiced unit values, packed | Agreed statement of facts | New York Duplicate film positives |
| R81/269 | Landis, J. July 14, 1981 | Kent International | 80-7-01060 | Export value | F.o.b. Prices set forth in invoices of Willing Industry Co., Ltd. | Agreed statement of facts | Philadelphia Bicycles |
| R81/270 | Re, C.J. July 20, 1981 | Audiovox Corp. | 73-1-00050, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/271 | Re, C.J. July 20, 1981 | Franklin Stores Corp. | 73-5-01312 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/272 | Re, C.J. July 20, 1981 | Marco Polo Imports Ltd. | 74-1-00245, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/273 | Re, C.J. July 20, 1981 | Nichimen Co., Inc. | 75-11-02940, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/274 | Landis, J. July 20, 1981 | Mitsubishi International Corporation | 74-3-00707, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angeles Footwear |
| R81/275 | Landis, J. July 20, 1981 | Mitsubishi International Corporation | 74-6-01433, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angeles Footwear |
| R81/276 | Re, C.J. July 28, 1981 | Campus Casuals of California. | 74-5-01165 etc. | Export value | Invoiced unit prices less nondutiable charges (if any) included therein. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Wearing apparel |
| R81/277 | Re, C.J. July 28, 1981 | Cole of California | 74-2-00360, etc. | Export value | Invoiced unit prices less nondutiable charges (if any) included therein. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Wearing apparel |
| R81/278 | Re, C.J. July 28, 1981 | Monarch Knit & Sportswear. | 74-2-00575, etc. | Export value | Invoiced unit prices less nondutiable charges (if any) included therein. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Wearing apparel |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/279 | Re, C.J. July 28, 1981 | Nissho-Iwai American Corp. | 74-8-02182, etc. | Export value | Appraised values specified on entry papers by liquidating officer, less additions included which reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles. |
| R81/280 | Re, C.J. July 28, 1981 | Sheridan Creations Inc. | 78-10-01837 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R81/281 | Re, C.J. July 28, 1981 | Superscope, Inc. | 74-8-02120, etc. | Export value | Invoiced unit prices less nondutiable charges (if any) included therein | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Stereo radio components |
| R81/282 | Re, C.J. July 28, 1981 | Supreme Cutlery Corp. | 77-11-04776 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Flatware, etc. |
| R81/283 | Re, C.J. July 28, 1981 | U.S. Suzuki Motor Corp. | 74-7-01753 | Export value | Invoiced unit prices less nondutiable charges (if any) included therein | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Motorcycles |
| R81/284 | Richardson, J. July 28, 1981 | Mitsubishi International Corporation | 75-2-00404, etc. | American selling price | Appraised values less 23% per pair | Agreed statement of facts | New York Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/285 | Richardson, J. August 4, 1981 | Kent International | 79-11-01751, etc. | Export value | F.o.b. prices set forth in invoices of Willing Co., Ltd. | Agreed statement of facts | Philadelphia; San Juan; Boston; Seattle; San Francisco; Miami; Houston; New York Bicycles |
| R81/286 | Re, C.J. August 10, 1981 | Nichimen Co., Inc. | 75-8-01953 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles |
| R81/287 | Richardson, J. August 10, 1981 | Mitsubishi International Corporation | 73-6-01422, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Seattle Footwear |
| R81/288 | Richardson, J. August 10, 1981 | Puerto Rico Olefins Company | 78-6-01052, etc. | Export value | Invoiced unit values appearing in entry papers | Agreed statement of facts | San Juan Miscellaneous articles |
| R81/289 | Re, C.J. August 11, 1981 | Nichimen Co., Inc. | 75-4-00832, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles-Long Beach (Los Angeles) Miscellaneous articles |
| R81/290 | Richardson, J. August 11, 1981 | Topp Electronics, Inc. | 79-2-00329 | Constructed value | Specified on entry papers by liquidating officer excluding one-half of amount added for assists | Agreed statement of facts | Los Angeles Miscellaneous articles |
| R81/291 | Richardson, J. August 11, 1981 | Topp Electronics, Inc. | 79-3-00436 | Constructed value | Specified on entry papers by liquidating officer excluding one-half of amount added for assists | Agreed statement of facts | Los Angeles Miscellaneous articles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/292 | Re, C.J. August 12, 1981 | Marubeni America Corp. | 75-5-01261 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago; New York Miscellaneous articles |
| R81/293 | Re, C.J. August 12, 1981 | Mitsubishi International Corp. | 73-7-02127 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago; New York; Los Angeles Miscellaneous articles |
| R81/294 | Re, C.J. August 12, 1981 | Mitsubishi International Corp. | 75-5-01262 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago; New York Miscellaneous articles |
| R81/295 | Re, C.J. August 12, 1981 | Mitsubishi International Corp. | 75-11-02798 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/296 | Re, C.J. August 12, 1981 | Mitsubishi International Corp. | 76-3-00617 | Export value | Appraised values shown on entry papers, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/297 | Richardson, J. August 12, 1981 | Mitsubishi International Corporation | 72-12-02548, etc. | American selling price | Appraised values less 23% per pair | Agreed statement of facts | Los Angeles Footwear |

| R81/298 | Watson, J. August 12, 1981 | Ciba Chemical & Dye Co., Div. Ciba Corp. | R70/7781 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 29.2% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York | Benzenoid dyestuffs |
|---|---|---|---|---|---|---|---|---|

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/299 | Watson, J. August 12, 1981 | Ciba Co. Inc. | R66/21635 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/300 | Watson, J. August 12, 1981 | Geigy Chemical Corp. | R65/18592 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 24.2% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York | Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/301 | Watson, J. August 12, 1981 | Geigy Chemical Corp. | R65/20962, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/302 | Watson, J. August 12, 1981 | Geigy Chemical Corp. | R65/24007 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York | Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/303 | Watson, J. August 12, 1981 | Geigy Chemical Corporation | R66/12629, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing proui and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/304 | Watson, J. August 12, 1981 | Geigy Chemical Corporation | R67/8258 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York | Benzenoid dyestuffs |
|---|---|---|---|---|---|---|---|---|

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/305 | Watson, J. August 12, 1981 | Geigy Chemical Corp. | R69/6519, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.9% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/306 | Watson, J. August 12, 1981 | Geigy Chemical Corporation | R70/1625 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.9% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/307 | Watson, J. August 12, 1981 | Geigy Chemical Corp. | R70/3911, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 31.1% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R81/308 | Watson, J. August 12, 1981 | Rohner Gehrig & Co., Inc. | R66/25733, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.7% representing profit and general expenses usually made | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| Appeal No. | Judge and date | Plaintiff | Entry No. | Basis of value | Contention | Nature of record | Port and merchandise |
|---|---|---|---|---|---|---|---|
| R81/309 | Newman, J. August 12, 1981 | Bus and Truck Supply Co. | 73-1-00076, etc. | Export value | in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | Agreed statement of facts | Houston Inter-city passenger buses |
| R81/310 | Newman, J. August 13, 1981 | Elliot Knitwear Corp. Arthur J. Fritz & Co. of L.A. | R62/2654, etc. | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation. F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of fac's | Los Angeles Sweaters and gloves |
| R81/311 | Newman, J. August 13, 1981 | Import Associates Inc. | 80-12-00193 | American selling price | $5.65 per pair, less 2% $5.35 (men's joggers) per pair, less 2% (boys' joggers) | Agreed statement of facts | Seattle Men's ("big boys") and boys' joggers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/312 | Newman, J. August 13, 1981 | Robert M. McCoy, a/c Bus and Truck Supply Co. | 75-10-02572 | Export value | Appraised values, less 10% (excluding from 10% deduction the value of any Michelin tires included in appraised values), less value of components of U.S. origin allowed on liquidation | Agreed statement of facts | Jacksonville Inter-city passenger buses |
| R81/313 | Newman, J. August 13, 1981 | Mitsubishi International Corporation | 73-10-02875, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Boston Footwear |
| R81/314 | Newman, J. August 13, 1981 | Henry A. Wess, Inc. | 284940-A, etc. | Export value | Appraised unit values, less 7.5%, net packed | Agreed statement of facts | Cincinnati Binoculars |
| R81/315 | Newman, J. August 13, 1981 | Henry A. Wess, Inc. | 290741-A, etc. | Export value | Appraised unit values less 7.5%, net packed | Agreed statement of facts | Cincinnati Binoculars |
| R81/316 | Newman, J. August 13, 1981 | Henry A. Wess, Inc. | R58/23061, etc. | Export value | Appraised unit values less 7.5%, net packed | Agreed statement of facts | Cincinnati Prison binoculars |
| R81/317 | Richardson, J. August 14, 1981 | Mitsubishi International Corporation | 72-12-02549, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Mobile Footwear |
| R81/318 | Richardson, J. August 14, 1981 | Mitsubishi International Corporation | 73-4-01119, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Charleston Footwear |

| R81/319 | Richardson, J. August 14, 1981 | Mitsubishi International Corporation | 73-5-01303, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | San Francisco Footwear |
|---|---|---|---|---|---|---|---|
| R81/320 | Re, C.J. August 20, 1981 | Marubeni America Corp. | 75-10-02590, etc. | Export value | Appraised values, less amount added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Miscellaneous articles |
| R81/321 | Re, C.J. August 20, 1981 | Marubeni Iida (America) Inc. | 73-6-01365 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; San Francisco Miscellaneous articles |
| R81/322 | Maletz, J. August 20, 1981 | Mitsubishi International Corp. | R70/6868, etc. | Export value | Invoiced f.o.b. prices specified for each article | International Seaway Trading Corp. v. U.S. (C.D. 4773) wherein merchandise was held classifiable under item 700.70 | Los Angeles Footwear |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/323 | Watson, J. September 3, 1981 | Geigy Chemical Corporation | R66/24854 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 28.3% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R81/324 | Newman, J. September 3, 1981 | Mitsubishi International Corporation | 73-11-03033, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Savannah Footwear |
| R81/325 | Newman, J. September 3, 1981 | Mitsubishi International Corporation | 74-4-0197, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Boston Footwear |

| | | | | | | |
|---|---|---|---|---|---|---|
| R81/326 | Boe, J. September 3, 1981 | Samuel Brilliant Company | 76-5-01179 | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Footwear |
| R81/327 | Boe, J. September 3, 1981 | Samuel Brilliant Company | 76-8-01925 | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Footwear |
| R81/328 | Re, C.J. September 8, 1981 | Mitsubishi International Corp. | 74-12-03318 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Chicago Miscellaneous articles |
| R81/329 | Re, C.J. September 8, 1981 | Nichimen Co., Inc. | 73-3-00834 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Seattle; Charleston; San Francisco; New Orleans Miscellaneous articles |
| R81/330 | Re, C.J. September 8, 1981 | Nichimen Co., Inc. | 77-3-00372 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Miscellaneous articles |
| R81/331 | Newman, J. September 8, 1981 | Topp Electronics, Inc. | 79-1-00152 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Seattle Miscellaneous articles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/332 | Re, C.J. September 9, 1981 | Douglas Homs Corporation. | 74-9-02314 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | San Francisco Miscellaneous articles |
| R81/333 | Re, C.J. September 9, 1981 | Jak Pak, Inc. | 73-5-01145 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Seattle Toys |
| R81/334 | Re, C.J. September 9, 1981 | Mitsubishi International Corporation | 73-8-02446, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Miscellaneous articles |
| R81/335 | Re, C.J. September 9, 1981 | Nichimen Co., Inc. | 73-8-02432 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Seattle; San Francisco; Los Angeles Miscellaneous articles |
| R81/336 | Maletz, J. September 9, 1981 | Mitsubishi International Corporation | 73-10-02822, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |
| R81/337 | Maletz, J. September 9, 1981 | Mitsubishi International Corporation | 74-7-01935, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/338 | Newman, J. September 9, 1981 | Mitsubishi International Corporation | 72-9-01954, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Baltimore Footwear |
| R81/339 | Newman, J. September 9, 1981 | Mitsubishi International Corporation | 74-2-0366, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angeles Footwear |
| R81/340 | Newman, J. September 9, 1981 | Mitsubishi International Corporation | 74-6-01522, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New Orleans Footwear |
| R81/341 | Newman, J. September 9, 1981 | Topp Electronics, Inc. | 79-11-01647 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Miscellaneous articles |
| R81/342 | Ford, J. September 10, 1981 | International Armament Corp. | R69/9737, etc. | United States values (pistols) Export value (air pistols and accessories) | Values set forth on schedules A–E, as appropriate, according to date of entry as set forth on schedule F (pistols) Invoice unit values, net packed (air pistols and accessories) | International Armament Corporation v. U.S. (C.D. 4827) | Alexandria (Norfolk) Pistols on Final List, T.D. 54521, described on schedules A–E attached to decisions and judgment, which have not been chromed, engraved, burnished or plated with gold or silver Air pistols and accessories not on Final List |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/343 | Re, C.J. September 16, 1981 | Marco Polo Imports Ltd. | 77-9-03898, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/344 | Re, C.J. September 16, 1981 | Spartans Industries, Div. of Arlen Realty & Develop. Corp. | 78-1-00040 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/345 | Watson, J. September 16, 1981 | Geigy Chemical Corp. | R66/22293 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 23.5% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/346 | Maletz, J. September 16, 1981 | Topp Electronics, Inc. | 73-7-01332 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Miscellaneous articles |
|---|---|---|---|---|---|---|---|
| R81/347 | Maletz, J. September 16, 1981 | Topp Electronics, Inc. | 79-1-00151 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Miscellaneous articles |
| R81/348 | Re, C.J. September 17, 1981 | Marco Polo Imports Ltd. | 75-11-03015, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Miscellaneous articles |
| R81/349 | Watson, J. September 17, 1981 | W. R. Filbin & Co., Inc. et al. | 78-7-01339, etc | Export value | Invoice unit prices shown on entry papers, net, packed | Agreed statement or facts | Buffalo Loudspeakers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/350 | Watson, J. September 17, 1981 | Geigy Chemical Corp. | R66/3990 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/351 | Maletz, J. September 17, 1981 | Topp Electronics, Inc. | 79-2-00308 | | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists set forth in schedule of protests attached to decision and judgment | | Los Angeles Miscellaneous articles |
| R81/352 | Re, C.J. September 21, 1981 | Marco Polo Imports Ltd. | 74-6-01533 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation. | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Miscellaneous articles |
| R81/353 | Re, C.J. September 21, 1981 | Pacific Import Corp. | 74-4-01088, etc. | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles |
| R81/354 | Richardson, J. September 21, 1981 | Concord Electronics Corp. | R68/880, etc. | Export value | Invoice unit value exclusive of buying commission and bank interest shown on invoices. | Concord Electronics Corp. v. U.S. (C.D. 4877) | Los Angeles Electronic equipment |

Column headers: Constructed value | Values specified on entry papers by liquidating officer... | Agreed statement of facts | Los Angeles Miscellaneous articles

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/355 | Maletz, J. September 21, 1981 | Charmilles Corp. of America | 79-10-01484 | United States value | Determined by adding to f.o.b. unit invoice price in Swiss francs converted to a dollar value, for entries covered by schedule A attached to decision and judgment, at fixed rate of exchange as shown on special customs invoice or, in absence of special customs invoice, at rate shown on commercial invoice in entry documents (the "claimed value"), and for entries covered by schedule B, at the rate of exchange in effect at time of entry (the "claimed value"), 58% of difference between claimed value and appraised value | Agreed statement of facts | New York Machine tools, accessories, and parts |
| R81/356 | Maletz, J. September 21, 1981 * | Wanis Cc. | 80-12-00187 | Export value | Rs. 28,708 | Agreed statement of facts | New York 1,000 pieces of pure silk "Kurtas" (ladies' tops) |

* Corrected decision and judgment entered March 4, 1932 to provide for inclusion of interest on monetary relief obtained.

| R81/357 | Maletz, J. September 22, 1981 | Charmilles Corp. of America | 76-3-00625 | United States value | Determined by adding to f.o.b. unit invoice price in Swiss francs converted to a dollar value, for entries covered by schedule A attached to decision and judgment, at fixed rate of exchange as shown on special customs invoice or, in absence of special customs invoice, at rate shown on commercial invoice in entry documents (the "claimed value"), and for entries covered by schedule B, at the rate of exchange in effect at time of entry (the "claimed value"), 53% of difference between claimed value and appraised value | Agreed statement of fact | New York Machine tools, accessories, and parts |
|---|---|---|---|---|---|---|---|

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/358 | Maletz, J. September 22, 1981 | Charmilles Corp. of America | 76-8-01935 | United States value | Determined by adding to f.o.b. unit invoice price in Swiss francs converted to a dollar value, for entries covered by schedule A attached to decision and judgment, at fixed rate of exchange as shown on special customs invoice or, in absence of special customs invoice, at rate shown on commercial invoice in entry documents (the "claimed value"), and for entries covered by schedule B, at the rate of exchange in effect at time of entry (the "claimed value"), 53% of difference between claimed value and appraised value | Agreed statement of facts | New York Machine tools, accessories, and parts |

| R81/359 | Maletz, J. September 22, 1981 | Charmilles Corp. of America | 78-5-00791, etc. | United States value | Determined by adding to f.o.b. unit invoice price in Swiss francs converted to a dollar value at fixed rate of exchange as shown on special customs invoice or, in absence of rate in special customs invoice, at rate shown on commercial invoice in entry documents (the "claimed value"), 53% of difference between claimed value and appraised value | Agreed statement of facts | New York Machine tools, accessories, and parts |
| R81/360 | Maletz, J. September 22, 1981 | Charmilles Corp. of America | 78-7-01299 | United States value | Determined by adding to f.o.b. unit invoice price in Swiss francs converted to a dollar value at fixed rate of exchange as shown on special customs invoice or, in absence of rate in special customs invoice, at rate shown on commercial invoice in entry documents (the "claimed value") 53% of difference between claimed value and appraised value | Agreed statement of facts | New York Machine tools, accessories, and parts |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/361 | Maletz, J. September 22, 1981 | Mitsubishi International Corp. | R69/9944, etc. | Export value | Invoiced f.o.b. prices specified for each article | International Seaway Trading Corp. v. U.S. (C.D. 4773) wherein merchandise was held Classifiable under item 700.70, TSUS | Miami Footwear which have midsoles which contain iron powder fillers |
| R81/362 | Maletz, J. September 22, 1981 | Mitsubishi International Corporation | 75-1-00210, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angles Footwear |
| R81/363 | Re, C.J. October 15, 1981 | Nichimen Co., Inc. | 76-7-01620 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Miscellaneous articles |
| R81/364 | Re, C.J. October 15, 1981 | Nichimen Co., Inc. | 76-8-01765 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Miscellaneous articles |
| R81/365 | Rao, J. October 15, 1981 | Mitsubishi International Corporation | 75-1-00065, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Boston Footwear |
| R81/366 | Rao, J. October 15, 1981 | Mitsubishi International Corporation | 75-4-00856, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Savannah Footwear |
| R81/367 | Rao, J. October 15, 1981 | Mitsubishi International Corporation | 76-1-00227, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Baltimore Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E81/368 | Rao, J. October 22, 1981 | Brother International Corp. | R62/4237, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R81/369 | Rao, J. October 22, 1981 | Bruce Duncan Co., Inc., a/c Riccar America Corp. | R66/20892, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Machines and parts |
| R81/370 | Rao, J. October 22, 1981 | Kent International | 80-3-01374 | Export value | F.o.b. prices set forth in invoices of Willing Industry Co., Ltd. | Agreed statement of facts | New Orleans Bicycles |
| R81/371 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 73-2-00393, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Houston Footwear |
| R81/372 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 74-4-00948, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Portland, Oreg. Footwear |
| R81/373 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 74-4-01018, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Philadelphia Footwear |
| R81/374 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 75-1-00109, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |
| R81/375 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 75-6-01567, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/376 | Rao, J. October 22, 1981 | Mitsubishi International Corporation | 75-8-02142, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New Orleans Footwear |
| R81/377 | Rao, J. October 26, 1981 | Mitsubishi International Corporation | 76-4-00953, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Seattle Footwear |
| R81/378 | Rao, J. October 26, 1981 | Tanross Supply Co. | R59/10015, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/379 | Watson, J. October 26, 1981 | Geigy Chemical Corp. | R66/16327 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by cus- | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

| R81/380 | Watson, J., October 26, 1981 | Geigy Chemical Corp. | R66/23909 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 33.4% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1165) | New York Benzenoid dyestuffs |
| | | | | | toms officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | | |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/381 | Watson, J. October 26, 1981 | Geigy Chemical Corp. | R66/25738 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.7% representing profit and general expenses usually made in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |
| R81/382 | Watson, J. October 26, 1981 | Geigy Chemical Corp. | R69/11440 | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 31.1% representing profit and general expenses usually made in U.S. on sales of dye- | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

stuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs

| | Judge / Date | Plaintiff | Entry No. | Basis of value | Holding | Case | City / Commodity |
|---|---|---|---|---|---|---|---|
| R81/383 | Rao, J. October 30, 1981 | Allied International Inc. | 81-4-00360 | Cost of production | Invoice unit values, net packed | Summary judgment | Chicago Hardboard |
| R81/384 | Re, C.J. November 2, 1981 | Marubeni America Corp. | 77-2-00240 | Export value | Invoiced unit value, less ocean freight and marine insurance, and without additions to said value for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Synthetic fabrics |
| R81/385 | Rao, J. November 2, 1981 | National Silver Co. et al. | R62/8482, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Table cutlery and stainless steel flatware |
| R81/386 | Rao, J. November 2, 1981 | National Silver Co. | R62/8705, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Table cutlery and stainless steel flatware |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/387 | Rao, J. November 2, 1981 | Tanross Supply Co. | 285001–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/388 | Richardson, J. November 2, 1981 | Concord Electronics Corp. | R66/5334, etc. | Export value | Invoice unit value exclusive of buying commission and bank interest shown on invoices | Concord Electronics Corp. v. U.S. (C.D. 4877) | New York Electronic equipment |
| R81/389 | Rao, J. November 6, 1981 | American Thermo-Ware Co. | 242758–A | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/390 | Rao, J. November 6, 1981 | Kanematsu New York Inc. | R61/18511, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R81/391 | Rao, J. November 6, 1981 | Mitsui & Co. Ltd. | R62/13525, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Sewing machine heads |
| R81/392 | Rao, J. November 6, 1981 | Henry A. Wess, Inc. | R60/14016, etc. | Export value | Appraised unit values less 7.5%, net packed | Agreed statement of facts | Cincinnati (Cleveland) Prism binoculars |

| | | | | | Agreed statement of facts | | |
|---|---|---|---|---|---|---|---|
| R81/393 | Rao, J. November 10, 1981 | Kayten Trading Corp. | R65/7014, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Table cutlery and stainless steel flatware |
| R81/394 | Rao, J. November 10, 1981 | Mitsui & Co. Ltd. | R62/11217, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R81/395 | Rao, J. November 10, 1981 | Mitsui & Co. Ltd. | R63/903, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Sewing machine heads |
| R81/396 | Rao, J. November 10, 1981 | National Silver Co. et al. | R61/5201, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Table cutlery, chrome flatware, stainless steel flatware, etc. |
| R81/397 | Rao, J. November 10, 1981 | National Silver Co. | R65/7001, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R81/398 | Rao, J. November 10, 1981 | National Silver Co. et al. | R65/8351, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Stainless steel flatware |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/399 | Rao, J.. November 10, 1981 | National Silver Co. | R66/6349, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Table cutlery and stainless steel flatware |
| R81/400 | Rao, J. November 10, 1981 | National Silver Co. | R66/19576, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Table cutlery and stainless steel flatware |
| R81/401 | Rao, J. November 10, 1981 | National Silver Co. et al. | R68/14440, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Stainless steel flatware |
| R81/402 | Rao, J. November 12, 1981 | National Silver Co. | R69/2937, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Stainless steel flatware |
| R81/403 | Rao, J. November 12, 1981 | Nichimen Co., Inc. | R62/10007, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/404 | Rao, J. November 12, 1981 | Nichimen Co., Inc. | R63/538, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values. | Agreed statement of facts | Portland, Oreg. Sewing machine heads |
| R81/405 | Rao, J. November 12, 1981 | Nichimen Co., Inc. | R64/2808 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Honolu'u Sewing machine heads |
| R81/406 | Rao, J. November 12, 1981 | Nichimen Co. | R64/2847 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Orleans Sewing machine heads |
| R81/407 | Watson, J. November 16, 1981 | Kayten Trading Corp. et al. | R63/10738, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Table cutlery and stainless steel flatware |
| R81/408 | Watson, J. November 16, 1981 | Kayten Trading Corp. | R65/7003, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Table cutlery and stainless steel flatware |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/409 | Watson, J. November 16, 1981 | National Silver Co. et al. | R65/22647, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Table cutlery and stainless steel flatware |
| R81/410 | Watson, J. November 16, 1981 | National Silver Co. | R68/2085, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Table cutlery and stainless steel flatware |
| R81/411 | Watson, J. November 16, 1981 | National Silver Co. | R68/13735, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R81/412 | Watson, J. November 16, 1981 | National Silver Co. | R68/13737, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R81/413 | Watson, J. November 17, 1981 | American Thermo-Ware Co. | 295995-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/414 | Watson, J. November 17, 1981 | Astra Trading Corp. | 271028–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/415 | Watson, J. November 17, 1981 | Astra Trading Corp. | 277320–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/416 | Watson, J. November 17, 1981 | Astra Trading Corp. | 282596–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/417 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R62/12203, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/418 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R62/14474, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/419 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R63/5140, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/420 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R64/2848, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/421 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R64/20884, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/422 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R65/14104, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/423 | Watson, J. November 17, 1981 | Imported Rug Associates, Ltd. | R67/9016, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |

| | | | | | | |
|---|---|---|---|---|---|---|
| R81/424 | Watson, J. November 19, 1981 | Mitsui & Co. (USA), Inc. | 79-8-01245 | American selling price | $0.645 per lb., net, packed | Judgment on the pleadings | New Orleans Chemical product (Kane Ace B-22) |
| R81/425 | Watson, J. November 19, 1981 | Mitsui & Co. (USA), Inc. | 79-8-01246 | American selling price | $0.645 per lb., net, packed | Judgment on the pleadings | New Orleans Chemical product (Kane Ace B-18A-1, covered by entry 237079) |
| R81/426 | Watson, J. November 19, 1981 | Henry A. Wess, Inc. | R59/4413, etc. | Export value | Appraised unit values less 7.5%, net packed | Agreed statement of facts | Cincinnati Prism binoculars |
| R81/427 | Re, C.J. November 20, 1981 | Broadway Hale Stores, Inc. | 74-4-01008, etc. | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles |
| R81/428 | Re, C.J. November 20, 1981 | International Fashions | 75-10-02635, etc. | Export value | Appraised values specified on entry papers by liquidating officer. less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles |
| R81/429 | Re, C.J. November 20, 1981 | K.W. International, Inc. | 74-12-03439 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Miscellaneous articles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/430 | Re, C. J. November 20, 1981 | Nichimen Co., Inc. | 75-11-02889, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Los Angeles Miscellaneous articles |
| R81/431 | Re, C. J. November 20, 1981 | Nichimen Co., Inc. | 75-12-03132, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Los Angeles Miscellaneous articles |
| R81/432 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 74-6-01570, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | San Francisco Footwear |
| R81/433 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 74-7-01866, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Charleston Footwear |
| R81/434 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 76-11-02528, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angeles Footwear |
| R81/435 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 77-8-02882, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Baltimore Footwear |
| R81/436 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 77-9-02823, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Charleston Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/437 | Watson, J. November 20, 1981 | Mitsubishi International Corporation | 79-9-01410, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Boston Footwear |
| R81/438 | Watson, J. November 20, 1981 | National Silver Co. et al. | R59/15863, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Table cutlery and stainless steel flatware |
| R81/439 | Watson, J. November 20, 1981 | National Silver Co. | R61/3881, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R81/440 | Watson, J. November 20, 1981 | National Silver Co. | R68/14420, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.h. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R81/441 | Watson, J. November 25, 1981 | American Thermo-Ware Co. | 277277–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/442 | Watson, J. November 25, 1981 | Astra Trading Corp. | 260838–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/443 | Watson, J. November 25, 1981 | Astra Trading Corp. | 267774-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/444 | Watson, J. November 25, 1981 | Astra Trading Corp. | 268952-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/445 | Watson, J. November 25, 1981 | Astra Trading Corp. | 269636-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/446 | Watson, J. November 25, 1981 | Astra Trading Corp. | 298190-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/447 | Watson, J. November 25, 1981 | Compass Instrument & Optical Co., Inc. | 277537-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/448 | Watson, J. November 25, 1981 | Mitsubishi International Corporation | 79-7-01186, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Los Angeles Footwear |
| R81/449 | Watson, J. November 25, 1981 | Samuel Brilliant Company | 76-5-01176, etc. | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Canvas footwear |
| R81/450 | Watson, J. November 25, 1981 | Samuel Brilliant Company | 76-5-01181, etc. | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Canvas footwear |
| R81/451 | Watson, J. December 3, 1981 | American Thermo-Ware Co. | R58/20411, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/452 | Watson, J. December 3, 1981 | American Thermo-Ware Co. | R59/12122, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/453 | Watson, J. December 3, 1981 | Astra Trading Corp. | R58/14155, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/454 | Watson, J. December 3, 1981 | Astra Trading Corp. | R58/18303, etc. | Export value | F.o.b. unit prichs plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/455 | Watson, J. December 3, 1981 | Astra Trading Corp. | R58/19139, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/456 | Watson, J. December 3, 1981 | Astra Trading Corp. | R58/27879, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/457 | Watson, J. December 4, 1981 | Astra Trading Corp. | R59/7393, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/458 | Watson, J. December 4, 1981 | Astra Trading Corp. | R59/12677, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/459 | Watson, J. December 4, 1981 | Durst Manufacturing Co., Inc. | R67/2419, etc. | Export value | Unit invoice prices as shown in entry documents, or f.o.b. price as indicated as being actual price or | Agreed statement of facts | New York Galvanized and black malleable iron pipe fittings |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/460 | Watson, J. December 4, 1981 | Kanematsu York Inc. | New R58/26947, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values, net packed | Agreed facts statement of | New York Sewing machine heads, etc. |
| R81/461 | Watson, J. December 4, 1981 | Kanematsu York Inc. | New R58/28826, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed facts statement of | New York Sewing machine heads w/accessories, etc. |
| R81/462 | Watson, J. December 4, 1981 | Kanematsu York Inc. | New R59/3165, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed facts statement of | Philadelphia Sewing machine heads |
| R81/463 | Watson, J. December 4, 1981 | Kanematsu York Inc. | New R59/8878, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed facts statement of | Los Angeles Sewing machine heads |

Note: The first row also includes the additional text "value as per attached invoice, in said entry documents, plus 20% of difference between said f.o.b. unit invoice prices and appraised values, net packed".

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/464 | Re, C.J. December 8, 1981 | Frederick Wholesale Corp. | 77-3-00512, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Miscellaneous articles |
| R81/465 | Watson, J. December 8, 1981 | Kanematsu New York Inc. | R59/15869, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Orleans Sewing machine heads |
| R81/466 | Watson, J. December 8, 1981 | Kanematsu New York Inc. | R61/867, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads, etc. |
| R81/467 | Watson, J. December 8, 1981 | Kanematsu New York Inc. | R61/3233, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machine heads |
| R81/468 | Watson, J. December 8, 1981 | Rohner Gehrig & Co., Inc. | R66/27832, etc. | United States value | U.S. selling prices, less 1% cash discount as determined by customs officer at time of appraisement; less 25.3% representing profit and general expenses usually made | U.S. v. Geigy Chemical Corporation et al. (C.A.D. 1155) | New York Benzenoid dyestuffs |

in U.S. on sales of dyestuffs of same class or kind; less costs of transportation and insurance from place of shipment to place of delivery in amounts determined by customs officer at time of appraisement; divided by 1.40 or such other factor applied by customs officer, to allow for customs duties payable on imported dyestuffs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/469 | Watson, J. December 8, 1981 | Samuel Brilliant Company | 77-11-04697, etc. | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Canvas footwear |
| R81/470 | Watson, J. December 8, 1981 | Samuel Brilliant Company | 77-11-04698, etc. | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Boston Canvas footwear |
| R81/471 | Watson, J. December 8, 1981 | Tanross Supply Company | 261408-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/472 | Watson, J. December 8, 1981 | Tanross Supply Co. | R61/13796, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Binoculars |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/473 | Re, C.J. December 9, 1981 | The J.D. Richardson Co. | R66/14056 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C.J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Detroit Studebaker automobiles and optional equipment |
| R81/474 | Re, C.J. December 9, 1981 | The J.D. Richardson Co. | R67/6157 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C.J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Detroit Studebaker automobiles and optional equipment |

| R81/475 | Re, C.J. December 9, 1981 | C.J. Tower & Sons of Buffalo, Inc. | R69/512 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C. J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optional equipment |
| R81/475 | Re, C. J. December 9, 1981 | C. J. Tower & Sons of Buffalo, Inc. | R69/516 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C.J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optional equipment |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/477 | Re, C.J. December 9, 1981 | C. J. Tower & Sons of Buffalo, Inc. | R69/517 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C. J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optiona equipment |
| R81/478 | Re, C.J. December 9, 1981 | C.J. Tower & Sons of Buffalo, Inc. | R69/949 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production of Basic Automobiles" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C.J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optional equipment |

| | | | | | | |
|---|---|---|---|---|---|---|
| R81/479 | Ford, J. December 9, 1981 | J. E. Bernard & Co., Inc. | 75-1-00080 | Export value | Invoiced unit prices less nondutiable charges included therein | J. E. Bernard & Co., Inc. v. U.S. (C.D. 4850) | Chicago Parts of aircraft environmental control systems |
| R81/480 | Ford, J. December 9, 1981 | J. E. Bernard & Co., Inc. | 75-2-00473 | Export value | Invoiced unit prices less nondutiable charges included therein | J. E. Bernard & Co. v. U.S. (C.D. 4850) | Chicago Parts of aircraft environmental control systems |
| R81/481 | Ford, J. December 9, 1981 | F. W. Myers & Co., Inc. | R67/5198 | Cost of production | $1,638.48, in Canadian currency, including value of U.S. components as appraised; value of optional equipment in Canadian currency is value found by appraising official as reflected on invoice | U.S. v. C. J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Port Huron (Detroit) Studebaker automobile and optional equipment |
| R81/482 | Watson, J. December 9, 1981 | Dickinson, Mikell & Comar Inc. | 76-11-02427 | American selling price | Appraised values less 20%, per pair | Agreed statement of facts | Charleston Canvas footwear |
| R81/483 | Watson, J. December 9, 1981 | Imported Rug Associates, Ltd. | R58/17260, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R81/484 | Watson, J. December 9, 1981 | Mitsubishi International Corporation | 74-7-02013, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/485 | Watson, J. December 9, 1981 | Mitsubishi International Corporation | 76-11-02801, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Savannah Footwear |
| R81/486 | Watson, J. December 9, 1981 | Mitsubishi International Corporation | 77-4-00664, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Boston Footwear |
| R81/487 | Ford, J. Dec. 17, 1981 | Celebrity Inc. | 79-9-01385 | Export value | Invoice unit values shown on commercial invoices of subject entry papers | Agreed statement of facts | New York Mirrors, brushes, cosmetic articles, etc. |
| R81/488 | Watson, J. Dec. 17, 1981 | Imported Rug Associates, Ltd. | R62/13518, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Rugs |
| R81/489 | Watson, J. December 23, 1981 | Astra Trading Corp. | 298569-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/490 | Watson, J. December 23, 1981 | Astra Trading Corp. | R58/7132, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| R81/491 | Watson, J. December 23, 1981 | Compass Instrument & Optical Co., Inc. | 259999-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
|---|---|---|---|---|---|---|---|
| R81/492 | Watson, J. December 23, 1981 | Compass Instrument & Optical Co., Inc. | 266158-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/493 | Watson, J. December 28, 1981 | Compass Instrument & Optical Co., Inc. | 273725-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/494 | Watson, J. December 28, 1981 | Compass Instrument & Optical Co., Inc. | 274690-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars and field glasses |
| R81/495 | Re, C.J. December 29, 1981 | C.J. Tower and Sons of Buffalo, Inc. | R69/485 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production of Basic Automobiles" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C.J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optional equipment |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R81/496 | Re, C.J. December 29, 1981 | C. J. Tower and Sons of Buffalo, Inc. | R69/488 | Cost of production | As set forth in decision and judgment in column designated "Total Cost of Production of Basic Automobiles" at amounts in Canadian currency, including value of U.S. components as appraised; value of optional equipment on each automobile in Canadian currency is value found by appraising official as reflected on invoices | U.S. v. C. J. Tower & Sons of Buffalo, Inc. (C.A.D. 1079) | Buffalo Studebaker automobiles and optional equipment |
| R91/497 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | 277538-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/498 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | 277543-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R81/490 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | 279455–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/500 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | 295801–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/501 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | 296888–A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R81/502 | Watson, J. December 29, 1981 | Compass Instrument & Optical Co., Inc. | R58/4991, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |